Annick M. Persinger (State Bar No. 272996)
TYCKO & ZAVAREEI LLP
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024
(510) 254-6808
(202) 973-0950 *facsimile*
apersinger@tzlegal.com

Hassan A. Zavareei (State Bar No. 181547)
Allison W. Parr (*pro hac vice* forthcoming)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 *facsimile*
hzavareei@tzlegal.com
aparr@tzlegal.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MORGAN, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br>GRANDE COSMETICS, LLC,<br>　　　　　Defendant. | Case No.  2:21-cv-6839-VAP<br><br>**PLAINTIFF STACY MORGAN'S NOTICE OF DISMISSAL** |

1     PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) and by
2 and through her below listed counsel, STACY MORGAN hereby voluntarily dismisses
3 without prejudice all claims in this action against GRANDE COSMETICS, LLC.

Dated: August 31, 2021                    Respectfully submitted,

By: */s/ Annick M. Persinger*
Annick M. Persinger
TYCKO & ZAVAREEI LLP
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024
(510) 254-6808
(202) 973-0950 *facsimile*
apersinger@tzlegal.com

Hassan A. Zavareei
Allison W. Parr (*pro hac vice* forthcoming)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 *facsimile*
hzavareei@tzlegal.com
aparr@tzlegal.com

*Attorneys for Plaintiff*

---

1
PLAINTIFF STACY MORGAN'S NOTICE OF DISMISSAL
*Morgan, et al., v. Grande Cosmetics, LLC*, No. 2:21-cv-6839-VAP